# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DONALD FAULKNER**
**ADC #550095**                                                                                                **PLAINITFF**

**V.**                    **NO. 3:23-cv-00037-KGB-ERE**

**SUESAN DUFFEL**, *et al.*                                                **DEFENDANTS**

## ORDER

On February 28, 2023, mail sent to Plaintiff Donald Faulkner from the Court was returned as undeliverable. *Doc. 4.*

Mr. Faulkner has failed to inform the Court of his current address, as required by this Court's Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Faulkner regarding this lawsuit.

If Mr. Faulkner wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 1st day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE