**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DONALD FAULKNER**                                                                      **PLAINTIFF**
**ADC #550095**

**v.**                                          **Case No. 3:23-cv-00037-KGB**

**SUSAN DUFFEL,** *et al.*                                                               **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 11).  The Court has reviewed the Recommendation.  No party has filed objections to the Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  *Pro se* plaintiff Donald Faulkner's complaint is dismissed without prejudice (Dkt. No. 2).  Judgment will be entered accordingly.  The Clerk of Court is instructed to close this case.

It is so ordered this 17th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge