**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DONALD FAULKNER**                                                                     **PLAINTIFF**
**ADC #550095**

**v.**                                         **Case No. 3:23-cv-00037-KGB**

**SUSAN DUFFEL,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered by the Court on this date, it is hereby considered, ordered, and adjudged that plaintiff Donald Faulkner's complaint is dismissed without prejudice (Dkt. No. 2). The relief requested is denied.

It is so adjudged this 17th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge